UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARIFF and SHAIROSE GULAMANI,

Plaintiffs,

v.

UNITRIN AUTO AND HOME INSURANCE COMPANY; TRINITY UNIVERSAL INSURANCE COMPANY; and KEMPER CORPORATION,

Defendants.

C19-1475 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated motion for relief from deadline, docket no. 16, filed by plaintiffs and defendant Unitrin Auto and Home Insurance Company ("Unitrin"), is GRANTED, and plaintiffs' response, docket no. 17, to Unitrin's motion for summary judgment, which was due on November 18, 2019, but submitted on November 19, 2019, will be considered timely filed.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of November, 2019.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1